UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-cr-00020-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER TO REASSIGN |
| | : | |
| BRANDON LASHON INGRAM | : | |
| a/k/a "Brandon Lashun Ingram", | : | |
| "Little B", and "B" | : | |

For good cause shown, and for the reasons stated in the Government's motion to reassign, the Clerk of Court is DIRECTED to reassign the above-captioned case to Judge W. Earl Britt.

SO ORDERED.

This the __1__ day of __February__, 2012.

_____
TERRENCE W. BOYLE
United States District Court Judge