UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON LASHON INGRAM | ) | |

This matter is before the court on the government's motions (1) for an order authorizing its use of defendant's tax returns and return information for the periods 2006 through 2011 and (2) to seal the same. The government has not provided a reason to justify the filing of the substantive motion under seal. The motion to seal is therefore DENIED. In accordance with Local Criminal Rule 55.2, if the government desires the court to consider the substantive motion, it shall file that motion as a public document on or before 29 May 2012. If it does not, the court will not consider the motion, and the Clerk shall terminate it. If the government timely files the motion as a public document, the court will hear argument on the motion on the date of jury selection.

This 25 May 2012.

W. Earl Britt
Senior U.S. District Judge